BARRY E. HINKLE, Bar No. 071223
NICOLE M. PHILLIPS, Bar No. 203786
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; BOARD OF TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; BOARD OF TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; BOARD OF TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN,<br><br>   Plaintiffs,<br><br>  v.<br><br>DIAMOND OAKS CONSTRUCTION COMPANY, INC., A California Corporation,<br><br>   Defendant. | No. C 04 – 04993 (FMS)<br><br>**[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS**<br><br>Date:<br>Time:<br>Place: |

/ / /

/ / /

/ / /

WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001

[Proposed] Order for Appearance and Examination of Debtor Assets
Case No. C 04 – 04993 (FMS)

- 2 -

**PROPOSED ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS**

TO: James S. Pelletier, Diamond Oaks Construction Company, Inc.

**YOU ARE HEREBY ORDERED TO APPEAR** personally before ~~this Court,~~ ~~or~~ before a Magistrate at the time and place designated by the assigned Magistrate Judge ~~referee~~ appointed by the Court, on _____, 2005, at _____ in Courtroom _____, __ Floor, located at 450 Golden Gate Avenue, San Francisco, California, to furnish information to aid in enforcement of the judgment entered against you on June 30, 2005 and to answer questions concerning property in your possession or control as stated in Plaintiffs' Application for Order to Appear for Debtor Examination, attached hereto as Exhibit "A".

Dated: November 30, 2005

_____
UNITED STATES DISTRICT JUDGE

107622/397838

WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001

[~~Proposed~~] Order for Appearance and Examination of Debtor Assets
Case No. C 04 – 04993 (FMS)