**United States District Court**
For the Northern District of California

1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT
7
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   KEN WALTERS, et al.,
10              Plaintiffs,                    No. C 04-04993 (FMS)
11      v.
12  DIAMOND OAKS CONSTRUCTION         **ORDER OF REFERRAL**
    COMPANY, INC.,
13
14              Defendant.
    _____/
15
16          Pursuant to Local Rule 72-1, Plaintiffs' application to appear for examination of debtor
17  assets in the above captioned matter is HEREBY REFERRED to a randomly assigned
    Magistrate Judge.
18
19
20          **IT IS SO ORDERED.**
21
22  Dated:  November 30, 2005                   _____
                                                JEFFREY S. WHITE
23                                              UNITED STATES DISTRICT JUDGE
24
25  cc: Wings Hom
26
27
28