BARRY E. HINKLE, Bar No. 071223
NICOLE M. PHILLIPS, Bar No. 203786
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; BOARD OF TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; BOARD OF TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; BOARD OF TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, <br><br>Plaintiffs, <br><br>v. <br><br>DIAMOND OAKS CONSTRUCTION COMPANY, INC., A California Corporation, <br><br>Defendant. | No.   C 04 – 04993 (JL) <br><br>**[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS** <br><br>Date:  January 11, 2005 <br>Time:  9:30 a.m. <br>Place:  Courtroom F, 15th Floor |

TO:   James S. Pelletier, Diamond Oaks Construction Company, Inc.

**YOU ARE HEREBY ORDERED TO APPEAR** personally before Magistrate Judge James Larson on Wednesday, January 11, 2005, at 9:30 a.m. in Courtroom F, 15th Floor, located at 450 Golden Gate Avenue, San Francisco, California, to furnish information to aid in enforcement of the judgment entered against you on June 30, 2005 and to answer questions concerning property

1  in your possession or control as stated in Plaintiffs' Application for Order to Appear for Debtor
2  Examination, attached hereto as Exhibit "A".  Also attached hereto as Exhibit "B" is a copy of the
3  Order for Appearance and Examination of Debtor Assets signed on November 30, 2005 by District
4  Judge Jeffrey S. White.

Dated: __January 13, 2006__

MAGISTRATE JUDGE JAMES LARSON

*IT IS SO ORDERED — Judge James Larson* (seal, United States District Court, Northern District of California)

107622/403930

# EXHIBIT A

1  BARRY E. HINKLE, Bar No. 071223
   NICOLE M. PHILLIPS, Bar No. 203786
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA 94501-1091
   Telephone (510) 337-1001
5  Facsimile (510) 337-1023

6  Attorneys for Plaintiffs

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

KEN WALTERS and JOHN BONILLA, in their ) No.    C 04 – 04993 (FMS)
respective capacities as Trustees of the              )
OPERATING ENGINEERS HEALTH AND                        )
WELFARE TRUST FUND FOR NORTHERN                       )
CALIFORNIA; BOARD OF TRUSTEES OF                      ) **PLAINTIFFS' APPLICATION FOR**
THE PENSION TRUST FUND FOR                            ) **ORDER TO APPEAR FOR DEBTOR**
OPERATING ENGINEERS; BOARD OF                         ) **EXAMINATION**
TRUSTEES OF THE PENSIONED                             )
OPERATING ENGINEERS HEALTH AND                        )
WELFARE FUND; BOARD OF TRUSTEES                       )
OF THE OPERATING ENGINEERS AND                        )
PARTICIPATING EMPLOYERS PRE-                          )
APPRENTICESHIP, APPRENTICE AND                        )
JOURNEYMEN AFFIRMATIVE ACTION                         )
TRAINING FUND; BOARD OF TRUSTEES                      )
OF THE OPERATING ENGINEERS                            ) Date:
VACATION AND HOLIDAY PLAN,                            ) Time:
                                                      ) Place:
            Plaintiffs,                               )
                                                      )
      v.                                              )
                                                      )
DIAMOND OAKS CONSTRUCTION                             )
COMPANY, INC., A California Corporation,              )
                                                      )
            Defendant.                                )
_____)

/ / /

/ / /

/ / /

/ / /

WEINBERG, ROGER &
ROSENFELD
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001

Plaintiffs' Application for Order to Appear for Debtor Examination
(Case No. C 04 – 04993 (FMS))

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

TO: James S. Pelletier, Diamond Oaks Construction Company, Inc.

1. Plaintiffs, Ken Walters and John Bonilla, in their respective capacities as Trustees of the Operating Engineers Health and Welfare Trust Fund for Northern California; Board of Trustees of the Pension Trust Fund for Operating Engineers; Board of Trustees of the Pensioned Operating Engineers Health and Welfare Fund; Board of Trustees of the Operating Engineers and Participating Employers Pre-Apprenticeship, Apprentice and Journeymen Affirmative Action Training Fund; Board of Trustees of the Operating Engineers Vacation and Holiday Plan (hereinafter "Trust Funds" or "Plaintiffs"), Judgment creditors, make this application for an order requiring Diamond Oaks Construction Company, Inc. to aid in the enforcement of the money judgment against them entered on June 30, 2005 in the above-entitled Court, and to answer concerning property and assets for the period of January 1, 2002 through December 31, 2003.

2. Plaintiffs request that Defendant Diamond Oaks, through its agent James S. Pelletier, produce the following records to be examined:

   a. California Quarterly Report of Wages, For DE-6;
   b. Federal Tax Forms W-3 and W-2;
   c. 1096 and 1099 Forms;
   d. Workers Compensation Insurance Reports;
   e. Quarterly Payroll Tax Returns (Form 941);
   f. Check registers and supporting cash vouchers;
   g. General ledger (portion relating to payroll audit);
   h. Payroll Registers/Journals;
   i. Individual Earnings Records;
   j. Timecards for all employees;
   k. All time cards for employees who are Operating Engineers or who are performing the type and kind of work covered by the collective bargaining agreement;
   l. All payroll records consistent with item k;

WEINBERG, ROGER &
ROSENFELD
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001

- 2 -

Plaintiffs' Application for Order to Appear for Debtor Examination
(Case No. C 04 – 04993 (FMS))

1     m. Contribution Reports for all Trust Funds;

2     n. Cash disbursements ledger;

3     o. Accounts payable ledger; and

4     p. Vendor invoices.

Dated: November 21, 2005

                        WEINBERG, ROGER & ROSENFELD
                        A Professional Corporation

                        By:  /s/Concepción E. Lozano-Batista
                              CONCEPCIÓN E. LOZANO-BATISTA

107622/395377

WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001

- 3 -

Plaintiffs' Application for Order to Appear for Debtor Examination
(Case No. C 04 – 04993 (FMS))

# EXHIBIT B

1  BARRY E. HINKLE, Bar No. 071223
   NICOLE M. PHILLIPS, Bar No. 203786
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA 94501-1091
   Telephone (510) 337-1001
5  Facsimile (510) 337-1023

6  Attorneys for Plaintiffs

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 KEN WALTERS and JOHN BONILLA, in their ) No.   C 04 – 04993 (FMS)
   respective capacities as Trustees of the            )
12 OPERATING ENGINEERS HEALTH AND        )
   WELFARE TRUST FUND FOR NORTHERN )
13 CALIFORNIA; BOARD OF TRUSTEES OF     ) [PROPOSED] ORDER FOR
   THE PENSION TRUST FUND FOR            ) APPEARANCE AND EXAMINATION
14 OPERATING ENGINEERS; BOARD OF        ) OF DEBTOR ASSETS
   TRUSTEES OF THE PENSIONED             )
15 OPERATING ENGINEERS HEALTH AND       )
   WELFARE FUND; BOARD OF TRUSTEES      )
16 OF THE OPERATING ENGINEERS AND       )
   PARTICIPATING EMPLOYERS PRE-          )
17 APPRENTICESHIP, APPRENTICE AND       )
   JOURNEYMEN AFFIRMATIVE ACTION        )
18 TRAINING FUND; BOARD OF TRUSTEES    )
   OF THE OPERATING ENGINEERS            ) Date:
19 VACATION AND HOLIDAY PLAN,           ) Time:
                                                      ) Place:
20         Plaintiffs,                                )
                                                      )
21      v.                                            )
                                                      )
22 DIAMOND OAKS CONSTRUCTION           )
   COMPANY, INC., A California Corporation,   )
23                                                    )
           Defendant.                                 )
24 _____)

25 / / /

26 / / /

27 / / /

28

WEINBERG, ROGER &
ROSENFELD
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001

[Proposed] Order for Appearance and Examination of Debtor Assets
Case No. C 04 – 04993 (FMS)

1  **PROPOSED ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS**

2  TO: James S. Pelletier, Diamond Oaks Construction Company, Inc.

3  **YOU ARE HEREBY ORDERED TO APPEAR** personally before ~~this Court,~~ ~~or~~ before a Magistrate at the time and place designated by the assigned Magistrate Judge

4  ~~referee~~ appointed by the Court, on _____, 2005, at _____ in Courtroom _____, __

5  Floor, located at 450 Golden Gate Avenue, San Francisco, California, to furnish information to aid

6  in enforcement of the judgment entered against you on June 30, 2005 and to answer questions

7  concerning property in your possession or control as stated in Plaintiffs' Application for Order to

8  Appear for Debtor Examination, attached hereto as Exhibit "A".

10  Dated: November 30, 2005

11  _____
12  UNITED STATES DISTRICT JUDGE
    107622/397838

WEINBERG, ROGER &
ROSENFELD
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001

- 2 -

[~~Proposed~~] Order for Appearance and Examination of Debtor Assets
Case No. C 04 – 04993 (FMS)